# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROMAN, <br><br> Petitioner, <br><br> v. <br><br> ANTHONY HEDGPETH, Warden, <br><br> Respondent. | NO. ED CV 04-1226 JFW (FMO) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that in the above-captioned action, Ground One is granted and Ground Two is dismissed with prejudice.

Dated: October 8, 2008

_____
JOHN F. WALTER
United States District Judge